LAW OFFICES
# SHAYNE, DACHS, SAUER & DACHS, LLP

114 OLD COUNTRY ROAD
SUITE 410
MINEOLA, NY 11501-4410
TEL (516) 747-1100
FAX (516) 747-1185
*shaynedachs.com*

NORMAN H. DACHS
BRIAN J. SAUER
JONATHAN A. DACHS
KENNETH J. LANDAU

MOE LEVINE (1908-1974)
NEIL T. SHAYNE (1932-1998)
THOMAS W. STANISCI (1928-2012)

*Legal Assistants*
THOMAS J. JORGENSEN
JEANNE F. JORGENSEN

RICHARD JANOWITZ
OF COUNSEL

July 24, 2014

## **FILED VIA ECF**

United States Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

RE:   Docket No. 14-1353cv
      USDC Docket No. 12-cv-3062
      U.S. Underwriters Ins. Co. v. 101-19 37th Avenue LLC

Dear Hon. Sir/Madame:

Pursuant to the "Initial Notice of Stay of Appeal" issued in the within action on June 23, 2014, our office, as Appellant, is required to inform this Court in writing of the status of the Defendants' motion for reconsideration and reargument of the Order of Hon. Dora L. Irizarry dated March 27, 2014, filed in the USDC Eastern District of New York under the above docket number and assigned Document No. 34.

Please be advised that the said motion is presently still pending and there has been no decision/order rendered to date.

We will continue to follow for the decision on the motion and keep the Court informed of its status.

Respectfully,

Norman H. Dachs

NHD:jj

cc:    Miranda Sambursky Slone
        Sklarin Verveniotis, LLP
        240 Mineola Blvd.
        Mineola, New York 11501
        (Your File No. 12-059)

cc:    Gorayeb & Associates
        100 William Street
        New York, New York 10038